UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YENSY CONTRERAS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

GENERAC POWER SYSTEMS, INC.,

                Defendant.

21-CV-9690 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that the mediation conference scheduled in this case was not held as one or both parties failed or refused to attend. By no later than March 2, 2022, the parties shall submit a joint letter updating the Court on the status of this case and include any request for the Court to schedule an initial status conference in the matter.

SO ORDERED.

Dated:    February 23, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge